```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12539
    CHARLES R JONES
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-2921


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/13/2007 and was confirmed 08/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.00%.

     The case was dismissed after confirmation 04/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED VEHIC    10065.17         576.14         2265.85
OPTION ONE MORTGAGE        CURRENT MORTG        .00             .00             .00
OPTION ONE MORTGAGE        MORTGAGE ARRE        .00             .00             .00
OPTION ONE MORTGAGE CO     NOTICE ONLY    NOT FILED             .00             .00
INTERNAL REVENUE SERVICE   PRIORITY          618.26             .00          618.26
HITCHCOCK AND ASSOCIATES   PRIORITY       NOT FILED             .00             .00
AFNI INC                   UNSECURED      NOT FILED             .00             .00
ROUNDUP FUNDING LLC        UNSECURED         777.53             .00           70.18
COLLECTION COMPANY OF AM   UNSECURED      NOT FILED             .00             .00
CREDTRS COLL               UNSECURED      NOT FILED             .00             .00
DEPENDON COLLECTION SE     UNSECURED      NOT FILED             .00             .00
FIRST PREMIER BANK         UNSECURED      NOT FILED             .00             .00
FIRST NATIONAL BANK        UNSECURED      NOT FILED             .00             .00
KOMYATTE & FREELAND        UNSECURED      NOT FILED             .00             .00
MUTUAL HOSPITAL COLLECTI   UNSECURED      NOT FILED             .00             .00
MUTUAL HOSPITAL COLLECTI   UNSECURED      NOT FILED             .00             .00
MUTUAL HOSPITAL COLLECTI   UNSECURED      NOT FILED             .00             .00
NICOR GAS                  UNSECURED        2089.09             .00          188.57
NISSAN MOTOR ACCEPTANCE    UNSECURED      NOT FILED             .00             .00
RMI/MCSI                   UNSECURED      NOT FILED             .00             .00
RMI/MCSI                   UNSECURED         500.00             .00           45.13
UNITED COLLECTIONS         UNSECURED      NOT FILED             .00             .00
UNITED COLLECTIONS         UNSECURED      NOT FILED             .00             .00
ASSET ACCEPTANCE LLC       UNSECURED        1267.32             .00          114.39
INTERNAL REVENUE SERVICE   UNSECURED         238.74             .00           21.55
THOMAS R HITCHCOCK         REIMBURSEMENT      64.50             .00           64.50
B-REAL LLC                 UNSECURED            .00             .00             .00
ILLINOIS DEPT OF REVENUE   FILED LATE          .00             .00             .00
THOMAS R HITCHCOCK         DEBTOR ATTY     3,500.00                        3,500.00
TOM VAUGHN                 TRUSTEE                                           555.43
DEBTOR REFUND              REFUND                                          1,537.50


                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 12539 CHARLES R JONES
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 9,557.50  |               |
| PRIORITY             |           | 682.76        |
| SECURED              |           | 2,265.85      |
| INTEREST             |           | 576.14        |
| UNSECURED            |           | 439.82        |
| ADMINISTRATIVE       |           | 3,500.00      |
| TRUSTEE COMPENSATION |           | 555.43        |
| DEBTOR REFUND        |           | 1,537.50      |
| TOTALS               | 9,557.50  | 9,557.50      |

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE